UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL IZELL BROWN,

    Petitioner,

vs.

GREG D. LEWIS,

    Respondent.
                                /

No. C 13-3975 PJH (PR)

**ORDER OF DISMISSAL**

    Petitioner, a former California prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, mail that the clerk sent to petitioner at his last known address has been returned as undeliverable as petitioner was paroled. He has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: February 13, 2014.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\HC.13\Brown3975.dsm-mail.wpd